No. 96–1399. UNITED STATES EX REL. HAYCOCK v. HUGHES AIRCRAFT CO., 520 U. S. 1211;

No. 96–7555. SIDLES v. LEWIS ET AL., 520 U. S. 1146;

No. 96–7565. WILLIAMS ET UX. v. UNITED STATES ET AL., 520 U. S. 1188;

No. 96–7849. HARRIS v. CUYAHOGA COUNTY, OHIO, ET AL., 520 U. S. 1174;

No. 96–8015. GOLDEN v. TEXAS, 520 U. S. 1176;

No. 96–8046. MCREYNOLDS v. VENKATARAGHAVEN ET AL., 520 U. S. 1200;

No. 96–8175. HENRY v. WILLIAMSON ET AL., 520 U. S. 1216;

No. 96–8265. TAYLOR v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 520 U. S. 1201;

No. 96–8273. SISK v. TEXAS, 520 U. S. 1232; and

No. 96–8604. PARKER v. UNITED STATES, 520 U. S. 1223. Petitions for rehearing denied.

## JUNE 30, 1997

No. 97–5020 (A–8). MCQUEEN v. KENTUCKY. Sup. Ct. Ky. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied. 

No. 97–5021 (A–10). MCQUEEN v. PATTON, GOVERNOR OF KENTUCKY. C. A. 6th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied. 

No. 97–5030 (A–2). MCQUEEN v. KENTUCKY. Sup. Ct. Ky. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied. 

No. 97–5039 (A–12). MCQUEEN v. SAPP, COMMISSIONER, KENTUCKY DEPARTMENT OF CORRECTIONS, ET AL. C. A. 6th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS would grant the application for stay of execution and the petition for writ of certiorari.